PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _____7th_____ DISTRICT OF TEXAS
### _____12_____ DIVISION

_Cory Ware 1136497_
Plaintiff's Name and ID Number

_Bill Clements_
Place of Confinement

_Alrige_

.v.

_____
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

FILED - USDC - NDTX - AM
DEC 4 2023 PM 3:47

CASE NO. _6934426_
(Clerk will assign the number)

**2-23CV-196-Z**

Copy Flowers
Lawrz Clothe
James Clothe
Gibson

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

ZARATE, JENNIFER P.

SGT
ANDERSON DUSTIN G.
CAPT Rozotes
CAPT shorty night
BENNETT, JOHN W.
LT.
CARRILLO, JOSHUA A.
CAPT.
CARLILE, TIFFANY M.
MAJOR
CARREON, ALFREDA
Capt.
MADRID, ANASTASIO P.
Capt.
MILLER BRITTANY S.
PAULSEN, JONATHAN X. C/O III
C/O III
ALBIN, MARGARET M.
SGT
OR.R HEATH H.

Ron Roland

PAROLE OFFICER
ROBBINS, DANNETTE

DIRECTOR MEDICAL
Georgiou, KIM D.

TERRONES, MARCO Y. C/O III
Sprouse, Robin W. C/O IV
SCOTT, ANDRE C/O IV
WEST, JOHN L. C/O III

NURSE
GARRA meds Responsible
COBLE michle O. HEALTH Authority
WEST, JOHN III
SGT SGT JANOW michael
7-3-20 Call 1900-2200

BENNETT, JOHN W. L.
SGT
DICKERSON, MICHEAL S.
SGT
DOMINGUEZ, ELIZA A.
SGT
BROWN, MISTY K.
SGT
JANOW, BRIAN J.
CAPT.
GARZA, CHRISTOPHER
CAPT.
JUDD, JAMES D.
CAPT.
PACHECO DANIEL V.

CAPT.
RAINES, TERRY D.

MAJOR
SMITH GENE W.
MAJOR
VILLEGAS JAIME A.
CAPT.
PRECIADO, JOE B.

CRUMP MICHAEL NURSE
Crumbley, DON
(CASW)
CAPT.
MADRID, ANASTASIO P.
CAPT
MELENDREZ, AUGUSTINE
CAPT.
SATTERFIELD KRISTI M.
LT
White, Brandon J.
LT.
GURROLA, ALEX R.
LT
GONZALES, DIANA L.
CLAUSTROPHOBIC

4/0 I
THOMAS JR Charles 5/0 III C/O III
(LOPEZ)-Lopez JR, Jesus A.

ASST. WARDEN
PEACOCK TRENTON C.
WARDEN III II
RICHERSON KENDALL T.
ASST WARDEN
TOVAR, JOE

Clerical Danielle L. Blount

SPEARS, RACHEL C/O II

Loan substitute:
Brown, Vickie D.
Evans, Julie M.
Juarez, Stephanie,
WINDHAM, JULIA E.

MEDICAL
Regional Director
Leeah, Benjamin J.

MEDICAL
Business Coordinator
Administration
Landes, Donna

Medical-Physic
Sr. Director
Sutterfield, JAMES

GARRA

LVN
HARVELL, Ashleigh

BP-03.46
"Standards For USE 0
Force"
Hernadez-
Property
GUTIERREZ

Reentry-Integration
CAMEL, Rodney, E.
Pr I D E GOODMAN, Kimberly D.

Portillo, Dominga M.
Phlebotomist

| | City | County | Federal District | Division | Address Federal Court |
|---|---|---|---|---|---|
| Skyview 379 FM 2972 West Rusk Rusk, TX 75785 | | Cherokee | Eastern | Tyler | To US District Clerks Offices 211 W. Ferguson ST Rm 106 Tyler, TX 75702 |
| Beto Unit 1391 FM 3328 Tennessee colony/Palestine, TX 75880 | | Anderson | Eastern | Tyler | |
| Montford 8602 Peach Ave. Lubbock, TX. 79404 | Lubbock | Lubbock | Northern | Lubbock | 1205 Texas Ave RM 209 Lubbock, TX 79401 |
| Clements 9601 Spur 591 Amarillo, TX 79107 | Amarillo | Potter | Northern | Amarillo | 205 S.E. 5th Ave Rm 133 Amarillo, TX 77701 |
| Telford 3899 ST HWY 98 New Boston, TX 75570 | New Boston | Bowie | Eastern | Texarkana | 500 N. ST. Line Ave. Texarkana, TX 7550 |

Cherokee County / Skyview Civil litigation
Norman Law Firm
215 East Commerce ST 2nd Floor.
Jacksonville, TX 75766
3-26-20

Lubbock Cherokees matched
Crenshaw Dupree And Milam L.L.P
Suite 400 Happy State Bank
4411 98th St
Lubbock, TX 79424
Wrote 5-28-20

Texas Civil Rights Project
1405 Montopolis Dr.
Austin, TX 78741
3-26-20

ACLU OF TEXAS
Prison And Jail Accountability Project
PO BOX 3629
Austin, TX 78764

Federal Civil Procedure Code And Rules

Texas Rules of Court Federal

Legal visits

Texas Resources Code

CMHCP
E-44.2

Prison officials

MALONU. Texas   deliberately 590 F2 105 (1979)
                 Indifferent
2006 U.S Dist Lexis 58861
   (2006)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

WHO: TTHSC MS. SHERIN PACKAIRAJ "MHC"

WHERE: 12 Building FPod 4cell 2 section

When: 6-30-23 And 7-3-23

What: 1st on 6-30-23 PACKAIRAJ MHC cAme to my cell And saw that I had been beAt up bad by the 10's And she didn't report it to the pictures tAken of me. 2nd on 7-3-23 Ms PACKAIRAJ MHC, cAme to my cell during her CDO EvAluAtion And By her being A (QMHP) she displayed DeliberAte IndifFerence by leaving me in A cell with human wAste All over it And not MAKing sure I got cleaned up And she said, "She not give A da

Name: Cory WARe          No: 1136497          Unit: JA

Living Quarters: 8J-63B          Work Assignment: G-5

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-80)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☑ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☑ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO _Texns Tech. Health Science Center Ms. Cater, A Mental Health Director_
(Name and title of official)

DATE: _8-16-23_

ADDRESS: _JA_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

WHO: TTHSC MS. SHERIN PACKAIRAJ MHC.
WHERE: 12 building FPod 4cell 1section
WHEN: 6-30-23 , 7-3-23
WHATS: ON 6/30/23 MHC PACKAIRAJ, S. came to my cell and
witness I had been Assaulted bad be the c/o supervised by
it. Capps,N and sgt. Boyd and she didn't report it so
pictures could be taken of my serious serious Bodily injuries.
ON 7-3-23 MHC PACKAIRAJ, S. came to my cell 12 FY doing
A EDO MHE And by her being A QMHP she displayed Deliberate
Indifference by leaving me in A cell with serious self mutilation [illegible]

Name: Cory Ward                              Work Assignment:
Living Quarters: 8J63B                                      O5

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: MR. PAGE, K. Clinical Dept. Administrator   DATE: 8-20-23
_(Name and title of official)_

ADDRESS: J. V. Allred Unit

7-23-20   HSE-129cell  BC Unit   1130-1200

Sgt. Brown                    These prison officials displayed were deliberate

Lt. White, B                  Indifference towards my conditions of

Capt. Miller, B.              confinement by deliberatly depriving me

Major Villegas, J             of my my constitutional right guaranteed

Warden Keesee, F              to me by the Federal Constitution through

the 8th amendment that expressly prohibits punishment

that is "cruel and unusual" the 8th amendment imposes a duity

on these prison officials who are acting under color of

state law to provide "humane conditions of confineme

confinement by ensuring that inmates such as me recive

Adequate food, clothing, shelter, and medical care now these

defendants or cameras do reval that

The officials did act with deliberate indifference by

them leaving me in #A tempture control "cold" cell with

no boxers, socks, blanket, or sheets, naked naked, my

cell cell is temp. is below 40°C and I was not left or

provided with any clothin or blanket to provide Adequate

protection from this cold you can see

deliberate indifference in case Wilson, 501 U.S. at 301-04,

these officals violated.]        Dixon, 114 F.3d 640 at 640

state law

Texas Penal Codes - 39.03 Offical

                        Oppression

39.04 - Violation of civil Rights of person in custody

7.23 Criminal Responsibility of person for

conduct in behalf of corportation or

Association,

7.02 Criminal Responsibility for conduct of

PD 22 code violations

44# misuse of official Authority or Information

23# mistreatment of offender

7# substandard duity performance

8# FAILuere to follow proper safety procedures



SICK CALL

RECEIVED
FEB 2 8 2020
BY: _____

Cory WARE
1136447
HSE 127

Nu schedule ① restrictions ② pass for knu brace, ankle brace,
③ front hand cuff pass, ① feet knee problems ② wants medical shoes

New schedule 2-27-20

(Urgent Emergency)

Need to renew law Restriction, get knee brace I have medical pass for,
ave pass for, front hand cuff pass, and my cane feet and knees
it hurts to work. Also refered to be get ~~~ ~~~ ~~~ support
my ~~~ ~~~ ~~~ ~~~ ~~~ ~~~ ~~~ knees feet swollen

MEDICAL DIRECTOR    I-60   COMPLAINT

# COPY #
I-60  3-2-20    TEXAS TECH.

TO MEDICAL DIRECTOR
WHERE: "JAIL CLEMENTS UNIT"
REASON: 2-24-20, 730-1130, Blood A sec, RN Crist, CRISIS MANAGEMENT
IB BUILDING
VIEW CAMERA
WHO MS. CRUMP LVN or RN DID VIOLATE MY 14TH AMENDMENT RIGHT BY NEGLECTING
ME COY (L WARE 1136447) WITH ADEQUATE FOOD, CLOTHING, SHELTER, MEDICAL CARE
BY STAFF TEXAS TECH, STATE EMPLOYEE E, TEXAS STATE LICENSE NURSE MS. CRUMP
WHO I BOUND BY COLOR OF STATE AS A STATE OFFICAL THROUGH MEDICAL
WITH HER HAVING PROOF (PHYSICAL) THAT ACTUALLY A SUBSTANTIAL
OF SERIOUS HARM AND FAILED TO ACT TO REDUCE THE RISK OF SERIOUS RISK
HARM, MY FEET WERE SWOLLEN AND ~~~ ~~~ ~~~
AFTER I FELL OFF THE STAIRS ~~~ ~~~ ~~~ ~~~ ~~~ ~~~ ALLOWED ME TO BE GASSED

MS. CRUMP
1136447
HSE-127
NURSE DISPLAYED DELIBERATE
INDIFFERENT

I ASK THIS MATTER
BE INVESTIGATED
BY THE RIGHT OFF

RN Crist Notified

SITUTION:

ON THE TDCJ-PHYCHIATRIC UNIT SKYVIEW 379 FM 2972 WEST RUSK, TX 75785, CHEROKEE COUNTY. ON DECEMBER 4, 2019 I WAS HOUSED IN CRISIS MANAGEMENT I AM A SEG-RESTRICTIVE HOUSING INMATE LEVEL 3 AT THE TIME SO ANYTIME I AM PULLED OUT OF MY CELL OR MOVED I AM TO BE IN SECURITY RESTRAINTS ON THIS DAY TWO STAFF MEMBERS OFFICERS C/O TAYLOR, R AND C/O LOAL CAME TO MY CELL DOOR AND WITH OUT ME BEING IN SECURITY RESTRAINTS TRIED TO OPEN MY CELL DOOR AND AT THE TIME BY ME BEING ON CRISIS MANAGEMENT ON A PHYCHIATRIC FACILITY I AM NUDE WITH ONLY A SUICIDE BLANKET FOR MY PROTECTION FROM MY SUICIDE ATTEMPT AND WITH ME BEING DIAGNOSED WITH GENDER DYSPHORIA BEING AN TRANSGENDER WOMAN I AM TO COVER MYSELF UP ANYTIME I'M ENCOUNTERED BY STAFF MEDICAL OR SECURITY DUE TO MY NAKEDNESS I ASK THEM WHAT ARE YA'LL DOING YOU CAN'T COME IN HERE THIS WAS DUE TO ME BEATING ON THE DOOR WELL C/O TAYLOR, R TURNED THE KEY TO OPEN THE DOOR AND I PUSHED THE DOOR BACK CLOSED AT THE SAMETIME I SMASHED MY FINGER AND CUT MY RIGHT MIDDLE FINGER AND WITH MY ADRENALINE GOING AND ME BEING IN FEAR I DIDN'T KNOW BLOOD WAS RUNNING DOWN MY HAND AND ARM C/O TAYLOR TRIED TO OPEN THE DOOR A SECOND TIME I PUSHED IT CLOSED AGAIN THAN A THIRD TIME C/O TAYLOR AND C/O LOALA OPEN THE DOOR WITH SO MUCH FORCE I FLEW BACK AND FELL ON THE CELL FLOOR THEY CAME IN MY CELL THEY WERE SAYING STUFF WHICH I CAN'T REMEMBER AND STARTED HITTING ME I WAS NO MATCH FOR THEM TWO I WAS ONLY 160 LB. AT THE TIME THEY RESTRAINED ME ON THE CELL FLOOR AND C/O TAYLOR, R STUCK HIS FINGER IN MY RECTUM I FELT AND THIS LASTED SO FAST I THOUGHT I WANTED TO DIE. WHEN THE ASSULT WAS OVER AND THE TWO OFFICERS CAME OUT MY CELL I NOTICE MY FINGER WAS BLEEDING AND BLOOD WAS ON THE WALL AND FLOOR AND MY BLANKET WHEN THE THERAPIST CAME TO SEE ME I WAS CRYING AND I SHOWED HER THE BLOOD ON MY HAND, ARM, AND FLOOR I TOLD HER I HAD BEEN ASSULTED AND THAT MY BUTT HURT C/O TAYLOR STUCK HIS FINGER IN IT SHE REPORTED THAT I TALK TO THE UNIT OIG DID STATEMENTS AND WAS TAKEN TO UTMB TYLER, TX AND WAS GIVEN A SEXUAL ASSULT XAM AN INVESTIGATION WAS DONE AND A CRIMAL CASE WAS OPEND ON DEFENDANT RONALD TAYLOR FOR AGGRAVED SEXUAL ASSULT I WAS ON THE CLEMENS UNIT AND TOLD THE MENTAL HEALTH PROVIDER ABOUT THIS INCIDENT AND THAT I WAS GOING THROUGH MENTALLY FROM IT AND SHE DIAGNOSED ME POST-TRAUMATIC STRESS DISORDER(PTSD) AND PRESCRIBED ME MEDICATION TO HELP. IN ADDITION THE UNIT OIG DID TAKE PICTURES OF MY CELL AND CONSIDER CRIME SCENE AT THE TIME OF THE INVESTIGATION.

D.O.J. Civil Rights Div.                    4-11-21

My name is Cory Wace 1136497 In the Texas Dept. Of Crim.
Justice the reason I'm contacting the DoJ. I was told I could
be assisted with an incident that happend to me on the
TDCJ - Phychiatric unit Skyview 379 Fm 2972 west
Rusk, Tx 75785, Cherokee County. Where on December 4, 2019
I was housed in crisis management and I am a
restrictive housing inmate level 3 at the time so any time I am
pulled out of my cell or moved I am to be in Security Restraints
                                    C/o Taylor, R , Loala,
on this day two staff members officers came to my cell door and
                                                              C/O
with out me being in security Restraints tried to open my door at the
   time by me being on crisis management on a Phychiatric
   facility I am nude with only a blanket and with me being
diagnosed with Gender Dysphoria Disorder and suffer from
                                      cover
Post Traumatic stress Disorder I am to cover my self up any time
I'm encountered by officers staff with do to my nudeness I told
them what are y'all doing you can't come in here this was due to
me beating on the door well C/o Taylor turned the key to open the
door and I pushed the door back closed at the same time I smashed
my finger and cut it but with my adrenaline going and me
being in fear I didn't know so blood was running down my hand
and when I closed the door back he C/o Taylor tryed to open
the door again I closed again then the 3rd time him and C/o Loala
opend the door with so much much force I flew back and they
came in my cell they were say stuff which I really can't remember
but I was trying to fight back as best I could but I wasn't enough
for them two who restrained me on the cell floor and

Taylor stock stuck his finger in my rectum I felt and this lasted so fast I thought I was go wanted to die. when the Assult was over And the two officers came out my cell I notice my finger was bleeding and blood was on the wall and floor and my blanket when the therapist came to see me I was crying and I showed her the blood on my hand and ARM and I told her I had been Assolt Assulted and that my rectum hurt % taylor stuck his finger in my butt she reported it I did statements with the OIG on the unit I was taken to the hospital in Tyler, TX where I was given A sexual Assult exam An investigation was done And an crimal case was opened on Ronald Taylor For Aggraved sexual Assult I have heard nothing in a while And I would like to please could I get someone to looke into this And help me. Thank you.



# Texas Department of Criminal Justice

## STEP 1

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2020079207

Date Received: FEB 19 2020

Date Due: 3·30·2020

Grievance Code: 000

Investigator ID #: I2317

Extension Date: NA

Date Retd to Offender: MAR 09 2020

Offender Name: CORY WARE    TDCJ # 1136497

Unit: JM    Housing Assignment: 7-1-49

Unit where incident occurred: JM    HSE 21

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? C/O RAYAS    When? 2-14-20

What was their response? You don't get ~~no special~~ Treatment ~~~~

What action was taken? I got spit on by the shower And Threatened with more physical harm

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON ~~2020~~ 2-14-20 Around 640 C/O RAYAS And MASON And BOLIA took me to the shower In the shower I told All three Im ~~suppose~~ suppose to be in the shower AreA by myself they told me "You in A cage", I told them so I still have A right through PREA To shower by my self cause Im A trans gender woman they laughed At me And Ms. MASON say "you look like A man to me"; ~~Also~~ Also C/O RAYAS SAID "you don't get no special treat ment" I told ~~the~~ them I need to speak with the PREA Manger on this unit BolIA told me "hold your breath". AT thAt point these three officers BoliA, MASON, RAYAS displayed Deliberate Indifference towards my serious medical And physic diAgnose Gender Disphoria Im A trans gender woman. Next they put offender woods in the shower next to me. who I was ~~finish~~ finish showering ~~was~~ woods told me he gone get my gay self cause he hates gays. Now As C/O RAYAS was taking me out of the shower offender woods spit in my face, And messed up my right eye got so sAntclez to a picture of my eye. but I was not seen by medical my eye still hurts. I told C/O RAYAS wood cAlled me A punk And he gone try to spit on me RAYAS told me. come on I Ask could you pull him out first he told me C/O ~~RAYAS~~ RAYAS "You don't get no special treatment" That was Deliberate Indifference Again ~~by~~ A TDCJ employee. Also A violation of my 8th And 14th amendment right. AS I came out the shower offender woods spit in my face And ON C/O RAYAS At that point my 4th amendment Right ~~was~~ was violAted cruel And unusual punishment. Why? because I told the TDCJ Employee I was Already threatened ~~~~ with physical harm

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

And he payed no Attention to the fact that I was A Transgender woman And this is an example of discrimination on Nov. 24/28 the page 26 of 56 of page 20 5/0 Ray Because he said, "I don't get no special treatment". which Which is Deliberate Indifference Also from the PREA MANGER on the "3M" unit who I have been begging to talk to to for help, since I talk to the unit STG officer at vcc And Ask could I get A safe keeping Review And that was on Feb. 10 or 11, 2020. This could of been avoided if I was taken serious.

---

**Action Requested to resolve your Complaint.** ~~safer safe keeping Review~~ I would like to File An Offender Protection Investigation ASAP, Transfer to Jester 4 to complete my treatment

**Offender Signature:** _____ G Woo _____ **Date:** 2-19-20

**Grievance Response:**

Your allegations of being assaulted by Offender Woods have been investigated by the Unit Administration. Pictures were taken and you were seen by medical and they noted no injuries. Administration will determine if any and /or what actions will be taken. This investigation is closed. No further action is warranted.

# David Reed

**Signature Authority:** _David Reed_ **Date:** 2/26/20

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

Appendix F

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: **Cory Ware**      TDCJ # **1136497**

Unit: **BC**      Housing Assignment: **HSE122**

Unit where incident occurred: **JM**      **HS-E-101**

**OFFICE USE ONLY**

Grievance #: **2020079207**

UGI Recd Date: **MAR 19 2020**

HQ Recd Date: **MAR 23 2020**

Date Due: **4.28**

Grievance Code: **000**

Investigator ID#: **12204**

Extension Date:

*You must attach the completed Step 1 Grievance that has been signed by **the Warden** for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned **unprocessed**.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

I was clearly Assaulted and there were witnesses I Ask to file An OPI I was denied. Deliberate indifference is clearly shown. And has been est established that my 8th Amendment was violated from the failure to prevent harm due to the lack of care for prisoners interests or safety. These prison officals can be found Liable under Eight Amendment for denying me (Cory L. Ware 1136497) humane conditions of confinement, because through Correctional Managed health care Policy MANUAL Section 6-Special Needs and Services 651.11 PREA I have the right to request to shower Alone because of my Gender Disphoria and I'm A Transgender woman. With that statement From C/oIII Reyes, Ricky J., "You don't get No special Treatment, and me getting spit on in my eye my 8th Amendment right was violated where prison officals may not use excessive physical force Against prisoners and are required to provide humane conditions of confinement, ensuring that inmates recive receive Ade Adequate food, clothing, shelter, and medical care, and must take reasonable measures to guarantee safety of Inmate, I did tell C/o Reyes that Inmate woods was going to Assault me Assault me based on disscrimation. This should have been the I-127 Forwarded forwarded to the Regional Office of Inspector General for futher evaluation for OIG professional Judgment There were Texas Penal code violations: Sec. 39.03, sec 39.04, Sec. 7.02, Sec. 15.02, sec. 22.01, sec. 39.02, sec. 42.04, PD-22 code violations: 5(A)

**I-128 Front (Revised 1-2010)**      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      **(OVER)**

**Appendix**

7, 14(c), 22(B), 23, 43, 44.

NOTE: I DO ASK could I please be reviewed to be placed on safe keeping
I saw SCC on 3-10-2020 one of my referrals was for me to do an
OPI I AM being denied on the clements unit, I have been asking to
talk to safe prison PREA Being denied. HELP! SCC Attachment included

Offender Signature: _C. Wae_      Date: _3-17-2020_

Grievance Response:

An investigation has been conducted into your complaint. On 2/21/20, staff conducted offender protection investigation and you received a unit transfer. This issue is considered resolved.

Signature Authority: _M.L._   **M. LEWANDOWSKI**     Date: _4/2/20_

Returned because:  *Resubmit this form when corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible.*
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments.*
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
- ☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission     CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission     CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission     CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)          **Appendix G**

PAGE 3

Date: on 1-18-2020   SSN: 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

Persons Involved - C/O III THOMAS, MALE
Place: Clements Unit
9601 Spur 591
Amarillo, TX 79107

1-18-20   C/O SPEARS, MALE, R.
CAPT. PACHECO, D.
Sgt. ANDERSON, D.

2nd shift

BE SURE
PERJURY.   # THESE FALL
1-22-2020

I DID TURN IN A I-8/127 Step 2 Grievance
(They gave burn the footage for Evedance)
(Please Review the CAMERA)

SITUATION:

DURNING PILL ~~WINDOW~~ WINDOW ON 2 ROW 234 CELL E-POD-HS C/O III THOMAS WAS OFF HIS DUITY POST (WHICH IS A PD-22 code violation) HE WAS WITH LVN. HARMELL, NOTE: (C/O SPEARS WAS ON HIS DUITY POST HSE-POD) AFTER HE (C/O III THOMAS) OPEN MY FOOD TRAY SLOT I GOT MY CUP TO TAKE MY LIQUID LITHIUM (5 ml) 300 mg WHEN I STUCK MY CUP OUT THE SLOT C/O III THOMAS SAID WHY YOU GOT A CUP I DIDN'T RESPOND AS LVN HARMELL WAS OPENING THE MEDACATION TO GIVE TO ME C/O III THOMAS REACHED MY HAND AND ASSULTED ME WITH HIS FINGER NAIL WHERE I WAS SCRATCHED. ALSO, I JUMPED HE SLAPED MY CUP (PAPER CUP) OUT MY HAND [PD-22 code VIOLATION #24-USE OF EXESSIVE OR UNNECESSAR FORCE NON PROVOKED WITH INJUR (SCRATCH)] US Behind FIRST AID - NO PAPER WORK DOCUMATION OR CAMERA FOOTAGE (ALSO BiP-03.46 USE OF FORCE TO GAIN COMPLINCE MINAL) THERE WAS NO COMPLINCE TO GAIN I WAS JUST GETTING MY MEDACATION] AND SAI HOW YOU NOT GETTING YOUR MEDACATION WITH YOUR MEDACATION WITH YOUR TRANSGENDER WANNA BE SELF. AT THAT POINT C/O III THOMAS VIOLATED MY 8th AMENDMENT AND ALSO 14th AMENDMENT AND 4th AMEN. THROUGH CRUEL AND UNUSUAL PUNISHMENT; PRISON OFFICALS NOT PROVIDING ADEQUATE HUMANE CONDITIONS OF CONFINEMENT TO INMATES, FOOD, CLOTHING, SHELTER AND MEDICAL CARE (NAMELY MY MEDACATION BY THOMAS C/O) AISO, I WAS NOT FREE OF DELIBERATE INDIFFERENCE (BY TEXAS TECH EMPLOYEE LVN, HARMELL) WHICH IS DEFINED AS A FAILURE ACT WHERE PRISON OFFICIALS HAVE KNOWLEDGE OF SUBSTANTIAL RISK OF SERIUS HARM TO INMATES HEALTH OR SAFETY. PROTECTS AGAINST DEPRIVATION OF LIFE, LIBERTY OR PROPERTY BY STATE WITHOUT DUE PROCESS OF LAW (490 US 454, 462)
• TEXAS PENAL CODE - VIOLATIONS
39.03 - OFFICIAL OPPRESSION, 39.04 - VIOLATIONS OF CIVIL RIGHT

OF PERSON IN CUSTODY, 7.22 CRIMINAL RESPONSIBILITY OF PERSON FOR CONDUCT IN BEHALF OF CORPORATION OR ASSOCIATION, 7.22 CRIMINAL CRIMINAL Responibility OF CORPORATION OF ASSOCIATION 7.02- CRIMINAL RESPONSIBILITY FOR CONDUCT OF ANOTHER.

ALSO THROUGH DELIBERAT INDIFFERENCE TOWARDS MY SERIOUS MEDICAL NEEDS NAMELY: HIGH BLOOD PRESSURE MEDS- HYDROCHLORTHIAZIDE 25mg LISINOPRIL 20mg, PHYSIC MEDS DULOXETINE DR 30mg, LIQUID LITHIUM 300mg/5mL AND Medical MEDS- ACID REFLUX MEDS, OMEPRAZOLE 20mg. I ASK LVN. HARMELL "DID YOU SEE THAT" HE SHOOK HIS HEAD AND SURGGED HIS SHOLDERS, AT THAT TIME I ASK HIM "YOU HEARD HIM DIDN'T YOU" LVN HARMELL SAID "YEA". THAN I ALSO ASK HIM, "CAN I GET MY MEDS I GOT ANOTHE CUP?" 4/0 III THOMAS SAID. "NO YOU AIN'T GETTING NOTHING I DON'T CARE WHAT THE NURSE SAY" Another 8th AMENDMENT VIOLATION, TX PENAL CODE VIOLATION: 39.04-VIOLATIONS OF CIVIL RIGHTS OF PERSON IN COSTODY, 39.03- OFFICIAL OPPRESSION. ALSO ANOTHER 14th AMEND. RIGHTS. VIOLATIONS- AND PD-22 CODES VIOLATIONS #(14) MISUSE OF OFFICIAL AUTHORITY OR INFORMATION, #(2) SUBSTANDARD DUTY PERFORMANCE, #(23) MISTREATMENT OF OFFENDERS WHEN CAPT. PATCHO CAME AFTER THOMAS LIED ON RADIO I TRIED TO EXPLAIN EXPLAIN TO HIM AND SHOW HIM MY MEDICATION PASS ABOUT MY LIQUID LITHIUM WHEN HE SEEN WHO IT WAS AND I TOLD HIM MY NAME I GOT A RACIAL OR GENDER-BASED DISCRIMINATION AGAINST ME IT WAS INTENTIONAL BECAUSE I HAVE BEEN SUBJECT TO PROBLEMS ON THE CLEMENTS UNIT AS SOON AS MY GENDER IDENTIFICATION WAS PASSED AROUND. THESE OFFICERS WHO ACT UNDER COLOR OF STATE LAW, VIOLATED THE RIGHTS GUARANTEED TO ME BY THE FEDERAL CONSTITUTION. OR IN SOME CASES. THERE WAS ALSO A CONSPIRARY TO NOT FEED ME AGREED BETWEEN 4/0 SPEARS FIRST HALF OFFICER HSEADD, 4/0 III THOMAS AND CAPT. PATACHO THESE OFFICERS PARTICULARITY AND SPECIFICALLY DEMONSTRATED FACTS THROUGH ACTIONS ( REVIEW CAMERA I ASK FOOTAGE BE BURNT FOR EVIDENCE) THAT THEY REACHED AND AGREED NOT TO FEED ME BECAUSE CAPT PATCHO TOLD ME MY FOOD WAS ON THE WAY, AND WHEN 4/0 SPEARS CAME TO COUNT I ASK HIM AM I GONE GET MY PEANUT FREE TRAY HE SAID IT SHOULD BEEN HERE BY NOW I ASK HIM YOU GONE FALLOW UP ABOUT MY FOOD HE JUST WALKED OFF. AT A LATER TIME AFTER I WAS HAVING THESE PROBLEMS WITH 4/0 III THOMAS HE CAME HERRASSING ME WHEN HE WAS PASSING OUT DINNER HE ASK ME TO SIT ON MY BUNK, I WAS COMPLING AS I WAS WALKING

TO MY BUNK HE SAID PULL YOUR BOXERS DOWN I WANT TO SEE THAT ASS SO I DID THAT THEN HE WALKED OFF WITH MY FOOD SO THAT MEN I DIDN'T EAT LUNCH OR DINNER %OIII THOMAS AT THAT POINT ALSO: VIOLATED MY 14th AMEND. 8th AMEND. AND 4th AMEND. RIGHT. ALSO MY 1st CONSTITUTIONAL RIGHT BECAUSE I IDENTIFY AS TRANSGENDER WOMAN FREE-DOME OF SPEECH AND THIS HAS A LOT TO DO WITH GENDER-BASED DISCRIMATION. ALSO: TX PENAL CODES 39.04 VIOLATION OF CIVIL RIGHTS OF PERSON IN COUSTODY, 39.03 OFFICIAL OPPRESSION, PD-22 CODES VIOLATIONS #7-SUBSTANDARD DUTTY PERFORMANCE #23-MISTREATMENT OF OFFENDERS, #44-MISUSE OF OFFIUAL AUTHORITY PD-22 codes BY NAME VIOLATIONS - OFF DUTY POST AT @ PILL WINDOW, SEXUAL HERRASSMENT, INSORBNATION, FALSFY OF STATE DOCUMENT (WHEN DID HIS PAPER WORK EVERY INMATE ATE, ALSO %O SPEARS WHEN HE DID HIS PAPER WORK WITH THE SAME DOCUMENTAION KNOWING I DID NOT EAT LUNCH). %OIII THOMAS LIE TO 2nd SHIFT %O MENDEZ EVERYBODY ATE

ON HSE-POD WHEN IN FACT I HADN'T ATE ALL SHIFT PLEAS CHECK CAMERAS DATE JANUARY 18, 2020 - @ PILL WINDOW - LUNCH - DINNER ALSO BURN FOOTAGE PLEASE?

NOTE: THESE OFFICERS HAVE BEEN TRYING TO PREVOKE MY BY DISCRIMATION AGINST ME SINCE %OIII THOMAS FOUND OUT I IDENTIFY AS TRANSGENDER WOMAN HE SAID TO ME, "I WANT TO RUN IN ON YOU WITH THE TEAM AND MAKE YOU MY BITCH!"
ON 1-19-2020 %O SPEARS TOLD ME YOU DIDN'T EAT YESTERDAY IF YOU UPSET GO TO CRISIS MANGMENT, IN WHAT HE WAS SAYING I NEED TO ATEMPT SUCIDE MY CUT, HANG, OR OVER DOSE AND I AM IN NEED OF HELP CAUSE I HAVENT TAKEN MY PHYSIC MEDS.
    %O SPEARS VIOLATED PD-22 CODES - #7 SUBSTANDARD DUITY PERFORMACE, #5 RECKLESS ENDANGERMENT, #23 MISTREATMENT OF OFFENDERS. ON 1-18-2020 %O SPEARS VIOLATED 4TH AMENDMEND RIGHTS-CRUEL AND UNUSUAL PUNISHMENT, 8TH AMENDMEND RIGHT- NOT PROVIDING HUMANE CONDITIONS OF CONFINEMENT BY ENSURING THAT INMATES RECEIVE ADEQUATE FOOD. TX PENAL CODES VIOLATIONS 39.03-OFFICIAL OPPRESSION, 39.04 VIOLATIONS OF CIVIAL RIGHTS OF PERSON IN CUSTOPY,
: ATTN: PLEAS FOWARD TO OIG FOR FUTHER INVESGATION?

NOTE: I HAVE WROTE PREA OFFICER MS. DICKERSON TWICE NO RESPONCE TO UNDERSTANDING MY SITTUATION IN CHERKEE COUNTY, AND THIS PRUBLEM NOTE II: I TALK TO SGT. ANDERSON HE TOLD ME HE KNEW I WASN'T EATTING.
SGT. ANDERSON VIOLATED 39.03 OFFICIAL OPPERSSION, 39.04 VIOLATIONS OF CIVIAL RIGHTS OF PERSON IN COUSTODY 14th AMEND, 4th AMEND, 8th AMEND.

Case 2:23-cv-00196-Z-BR    Document 3    Filed 12/04/23    Page 22 of 56    PageID 26

Today 3-13-20

A BREAKFAST I WAS AT MY DOOR WAITING TO BE FEED AND C/o III WEST JUST PAST MY DOOR UP IT WAS BETWEEN 500-520, I KNEW IT WAS ABOUT TO BE SHIFT CHANGE AND I WAS NOT BEING FEED ON THIS SHIFT DUE TO Lt. POZOZ AND SGT. JAMENEZ TELLING C/o WEST NOT TO FEED ME. THIS IS AN EXAMPLE OF A CONSPIRACY CLAIM (CONSPIRACY CLAIMS CLAIM REQUIRE PLAINTIFF TO ALLEGE WITH PARTICULARITY AND SPECIFICALLY DEMONSTRATED METERIAL FACTS THAT THE DEFENDANTS REACHED AN AGREEMENT) COMPLAINT MUST ALLEGE CONSPIRACY TO VIOLATE CONSTITUTIONAL RIGHTS. MY 8th AMEND. RIGHT WAS VIOLATED THAT EXPRESSLY PROHIBITS PUNISHMENT THATS CRUEL AND UNUSUAL WAS VIOLATED THE 8TH AMEND. IMPOSES A DUTY ON PRISON OFFICALS TO PROVIDE HUMANE CONDITIONS OF CONFINEMENT BY ENSURING THAT INMATES RECEIVE ADQ ADEQUATE FOOD, CLOTHING, SHELTER, AND MEDI CARE AND THAT ALSO OFFENDERS ARE TO BE FREE OF DELIBERAT INDIFFERENCE WHICH IS DEFINED AS A FAILURE ALT WHERE PRISON OFFICIALS HAVE KNOWLEDGE OF A SUBSTANTIAL RISK OF SERIOUS HARM TO INMATE HEALTH OR SAFETY. (BALL, 792 F3d AT 594) 4th AMEND.-CRUEL AND UNUSUAL PUNISHMENT.
14th AMEND.-PROTECTS AGAINST DEPRIVATION OF LIFE, LIBERTY, OR PROPERTY BY THE STATE WITHOUT DUE PROCESS OF LAW (490 US AT 454, 462) C/o ALLEN WAS TOLD BY SGT JAMENEZ AND Lt POZOZ NOT TO FEED ME AND I DID NOT FLOOD. MY WATER WAS OFF AND SGT JAMENEZ WAS SUPPOSE TO TURN MY WATER ON AT 500hr THAT WAS MY 24 HRS SGT. JAMENEZ UNPLUGED MY LIGHT AND SAID YOU ON LIGHT RES RECTRICTION. MY LIGHT OR WATER DIDN'T COME ON AFTER 24 HRS. WHICH WAS A VIOLATION OF MY 4th AMEND., 8th AMEND. AND 14th AMEND. ALSO TEXAS PENALCODES VIOLATION OF SEC. 39.03

CORY L. WARE 1136497
B. CLEMENTS-UNIT-INCIDENT OCCURRED
DATE-JAN. 24. 2020

Complaint/Attachment TO I-128
Case 2:23-cv-00196-Z-BR   Document 3   Filed 12/04/23   6RV.#2020067179   PageID 27
PAGE 2 OF 2

Today: 3-13-20

OFFICIAL OPPRESSION, SEC. 39.02 ABUSE OF OFICAL CAPACITY, Lt. POZOZ ALSO VIOLATED TEXAS PENAL CODES WITH 40TH WEST, J SEC. 39.04 VIOLATING OF CIVIL RIGHTS OF PERSONS IN COSTODY, SEC 7.02 CRIMINAL RESPONSIBILITY FOR CONDUCT OF ANOTHER, SEC. 7.22 CRIMINAL RESPONIBILITY OF CORPORATION OF ASSOCIA-TION, SEC 7.23 CRIMINAL RESPONSIBILITY OF PERSON FOR CONDUCT IN BEHALF OF CORPORATION OR ASSOLIATION. SGT. JAMENEZ TOLD C/O MARTENEZ. S. NOT TO FEED ME. IT WAS BETWEEN 1800 HRS-2000 HRS. THIS OFFICER MARTENEZ. S. OPEN THE FOR HSE. 227 TO THROW A BOTTLE OF SHIT ON MY DOOR. SGT JAMENEZ KNEW THAT HSE. 225 HAD HIS TRAY SLOT JALKED WITH PAPER ALSO. HE THREW A BOTTLE OF PEE ON MY DOOR, SO I WOULDN'T GET FEED. ON ON 1-18-20 C/O THOMAS TOLD THESE INMATES HSE 225-HSE 227 WHO ARE GANG MEMBERS TO GET ME CAUSE OF MY I-127 I WROTE ON HIM HE WOULD GIVE THEM EXTRA TRAYS. NOTE: I HAVE WROTE THREE I-127's ON C/O THOMAS. C. TODAY (1-24-2020) BETWEEN 715 HRS. - 800 HRS. C/O THOMAS. C WAS DOING A CELL SERCH IN HSE-233 AND HE CALLED CALLED ME SAYING " HAY PUSSY CAT I READ THAT STEP 2 IT AIN'T GONE WORK ITS WHAT EVER I SAY GO. NOW ON 1-22-2020 AT LUNCH BECAUSE SGT. JAMENEZ HAD PASSED DOWN THE WORD NOT TO FEED ME, THROUGH SGT. ORR WHO TOLD C/O III TERRONES, M. NOT TO FEED ME LUNCH THESE OFF-ICERS ALSO DISPLAYED CONSPIRACY TO VIOLATE CONSTITUTIONAL RIGHTS 4th, 8th, 14th AMENDMENTS, ALSO TEXAS PENAL CODES 39.03, 39.04, 7.02, 7.22, WHICH I HAVE SITED ALREADY IN THIS COMPLAINT. 1st GRV-I-127 ON C/O THOMAS # GRV. 2020067179.

I DECLARE UNDER PENALTY OF PERJURY ALL FALTS PRESENTED IN THIS COMPLAINT AND ATTACHMENTS THERETO ARE TRUE AND CORRECT. X _Cory Ware, #1136497_  SSN _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_ DOB _6-4-82_

SIGNED THIS 13th DAY OF MARCH, 2020

X _G Ware_

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM



| OFFICE USE ONLY | |
|---|---|
| Grievance # | 2020067579 |
| Date Received: | JAN 2 1 2020 |
| Date Due: | 03·01·2020 |
| Grievance Code: | 002 |
| Investigator ID #: | 2108 |
| Extension Date: | |
| Date Retd to Offender: | FEB 2 6 2020 |

Offender Name: **Cocy Ware**    TDCJ # **1136497**

Unit: **BC**    Housing Assignment: **HSE-234**

Unit where incident occurred: **BC**    **HSE 127**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **S/o Thomas III**    When? **1-18-20** Pill w/ndow

What was their response? **You not taken your meds now with your gay self!**

What action was taken? **Capt. Pacha came down here with a chip on his cholder, I don't CARE!!**

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

During pill window on 2 row 234 cell E pod (HS) S/o III Thomas was off his duty post to do pill window on my pod. He was with LVN Harnell And After he open my Food tray slot I got my cup to take my Liquid Lithium 5mL when I stuck my cup out the slot S/o Thomas said "Why you got A cup?, I didn't respond As LVN Harnell was opening the Lithium to give to me. S/o III thomas reach At my hand And Assulted me with his Finger Nail where I was scratched Also he shocked me when he 1st touched me from the contact energy in his body I jumped and he slapped my medication cup out my hand and said "now you aint getting your meds with your Transgender wanna be, self" At that point S/o III Thomas violated my 8th Amendment right through deliberate indifference towards my serious medical needs Namely my: OmePRAZOLE 20MG, LITHIUM Liquid 300 MG, Lisinopril 20MG hydroCHLORthiazide 25MG; Duloxetine DR 30MG. I Asked LVN Harnell, "did you see that" he surgged his sholders, I At that time ask him, "you heard him didn't you, LVN Harnell says "yea" than I Also ask him "can I get my meds I got Another cup? S/o III Thomas said "No you Ain't getting nothing I don't care what the Nurse say" when the Capt. Came I tried to explain to him and show him my medication Pass About my Lithium Liquid he Also when he seen it was me and my Name A racial or gender-base discrimination Against me it had to be Intentional because I have been having problems on this Unit As soon As me being a trans gender woman got Around these officers who Acted

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

[Handwritten text, partially legible:]

I comply... prison in... when I didn't eat or get my medication from a breach of the states constitution... these officer are to proved by LAW... the Federal constitution or in some way. There was also a conspiracy to not feed me. Agreed between the c/o working on the HSE pod First light and Capt. Patcho and c/o III Thomas... these officers particularity and specifically demonstrated facts through actions that they reached and agreement not to feed me because Capt. Patcho told me, my food was on the way, and when the rover c/o on HSE Pod came to count I ask him Am I gone get my peanut butter tray he said "it should be here by now." I had ask him you gone follow up about it he just walked off. c/o III Thomas Violado II:PD-22 [codes] by NAME, abuse of Athorty, Assalt offender by somech, Disscimination on... to protect from retaliation in case of... retaliation troward to act / me while I AM To place in the facility's file. I ask that I please be... in the computer...

**Action Requested to resolve your Complaint:**

...transfered to another reason where I can be free of... I ask that I please be... (Burro camera Footage For Evidence?)

**Offender Signature:** By wave **Date:** 1-18-20

**Grievance Response:**

Your complaint has been investigated and findings reviewed. Staff denied your allegation of assaulting you or using force against you. Unit investigation did not reveal sufficient evidence to substantiate your claim of staff misconduct. In addition, this grievance and investigation were forwarded to the Office of Inspector General, who after review advised there was insufficient evidence to open a case. No further action warranted.

Joe Tovar, Assistant Warden

**Signature Authority:** _____ **Date:** FEB 2 6 2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

Appendix F

APR 27 2020



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2020 107 199

UGI Rec: MAR 0 3 2020

HQ Recd Date: MAR 0 9

Date Due: 4-12

Grievance Code: 002

Investigator ID#:

Extension Date:

Offender Name: Cory Ware     TDCJ # 1136497

Unit: BC     Housing Assignment: HSE 127

Unit where incident occurred: BC     HS-E-101

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

S/o III Thomas did on 1-18-20 Endanger my WELL BEING AND SAFETY with his Discrimination in the WORK PLACE and By him using offensive PRACTICAL DEGRADING REMARKS TOWARDS ME For purpose of AMUSEMENT and To him, but embarrassing toward me WHEN he Also, WHEN HE VIOLATED PD-22 code number 23 23 Mistreatment of OFFENDERS - VIOLATION Level 2 displayed An unAuthorIze denial of my entitlements my serious medical needs NAMELY my High blood pressure medication NAMELY, Lisinopril 20mg TAblets, hydro CHLORO thiazide 25mg TAblets, My Physic medication Antidepression medication, Duloxetine DR 30mg And my mood stabilizer Lithium 300mg / Liquid 5mL At the time. NOTE: IF you would review the CAMERA AT THE TIME IN Question you would see me put my cup out to have my medication poured in to be consumed. You cAn Ask LVN. Harvell, A. Do I put my cup out to have the Liquid Lithium put in to take in Front of him. First question LVN Harvell, A. Ask me is "do you have your cup!" Also you cAn see on the CAMERA The PD-22 code 24c VIOLATION USE OF Excessive or UNNECESSARY Force - Non Provoked without Serious INJURIES VIOLATION Level 2, BecAUSE you cAn see his body movement to slap the cup out my hand, At that point is A use of unnecessary Force And I was Assulted when his long finger nAIL scratched me, he also shocked me when he 1st touch me. From the contect energy in his body. The statement he mAde would show the PD-22 CODE VIOLATION 25c FAilure, to Report Relating to USE OF Deadly, Excessive, or UNNECESSARY Force -Non Provoked without serious Injuries Level 2 violation. When Capt. Pacheco, DAniel V. Arived at BASE 234 cell the Deliber

... ROID TOLD ME MY FOOD WAS ON THE WAY AND I NEVER CAME. SO BECAUSE OF 4/GII THOMAS ... ... TOLD ME MY food ... CRUEL AND UNUSUAL PUNISHMENT WHEN IN FACT MY RIGHTS GUARANTEED TO ME BY THE FEDERAL CONSTITUTION AND STATE CONSTITUTION - ADEQUITE FOOD, CLOTHING, SHELTER, AND Health CARE. SO MY 8TH AMENDMENT RIGHT AND 14th AMENDMENT RIGHT WAS VIOLATED. I ASK THAT THE INVESTIGATOR REVIEW AND SEE I WAS DENIED MY FOOD AND IT WAS A CONSPIRARY TO NOT FEED ME AGREED UPON MY SUPRIVIR CAPT. PACHECO DANIEL V.) C/OII THOMAS AND 4/SGT SPEARS, RICHARD 4/GII _____ WITH THIS YOU SEE ON CAMERA IS A VIOLATION OF Ø PD-22 CODE DISCRIMINATION or HARASSMENT Against Person OF A Protected CLASS OR Retro _____. Also TEXAS PENAL CODE VIOLATION OF - OFFICIAL OPPRESSION, VIOLATION OF OFFENDERS RIGHTS CONSTITUTIALLY _____ while IN STATE CUSTODY. NOTE: I GOT MY I-127 BACK ON 3-2-20 NIGHT PLEASE ✓

**Offender Signature:** _Cywal_      **Date:** 3-8-20

**Grievance Response:**

This issue has been reviewed by The Office of the Inspector General and that office has determined that there is insufficient evidence to warrant opening a case. No further action will be taken.

**Signature Authority:** _JRiley_      **Date:** APR 1 5 2020

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**      **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**      **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**      **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

*(handwritten at top)* ACC MEDICAL (Refusing me to Review My Free World PHYSIC. who ordered in November 2019 did Thumb Arthr—

# Texas Department of Criminal Justice

## STEP 1

**OFFENDER**
**GRIEVANCE FORM**

Grievance #: 2020087292

Date Received: MAR 06 2020

Date Due: 04-20-2020

Grievance Code: 649

Investigator ID #: 27163

Extension Date:

Date Retd to Offender: APR 1 6 2020

Offender Name: Cory WARE        TDCJ # 1136497

Unit: BC        Housing Assignment: HSE-127

Unit where incident occurred: BC        HS-E-101

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Medical Records Clemets Unit   When? 2-27-20

What was their response? You CAN't go back Farder Further than 2 months which is A Lie

What action was taken? I'm writing A I-127 and is sending In Another Request.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I WROTE MEDICAL RECORDS TO REVEIW MY PAPER WORK ABOUT MY GENDER DISPHORIA DISORDER paperwork from 9-2017/2-2018 Also I DID Order Free world paperwork physick From 1993 that WAS order to TDCJ system In 2009 by physic stiles unit So I know I CAN go back past 2 month I AM doing this to work on some legal issues And this medical records person on Clements is displaying DELIBERATE INDIFFERENCE toward ME need to review important Medical paperwork which is consider Medical care And by this medical records person sending this I-60 which I would Like to be copied with my or I-127 is A VIOLATION OF MY 8th Amment right to not be denied Adequite Medical care, Also with me need Ing these medical, records to go with AN OIG CRIMINAL CASE # 1900015370/I-2311/5-12-19-19 / CASE Aggravated Sexual Assault ASSAULT. I do need to be transfered out of this reg region to where I CAN recive An Adiquite medical CARE and not be so subject to Neglece or VIOLATION OF MY 8th And 14th AMEND. Rights.

---

TO NOTE: I PUT TWO I-60 AS Evidoce to show that the medical Records person on Clemets is Lying And the Medical Records on Mountford IS Telling the truth My proof. PROOF.

---

I-127 Front (Revised 11-2010)        **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**        (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *Be Able to see ALL my Medical Records and PHN src Records?*

**Offender Signature:** *Cy Wel*    **Date:** *3-6-20*

**Grievance Response:**

After review of the documentation, it shows you have not been denied your request to review medical records. You were informed that according to CMHC Policy H-61.1, III Offender Authorization Letter C. 1. Your review "will not exceed thirty minutes in total time." On further review you were asked to provide specific records and dates that you are requesting to review. If you have any questions or your situation changes, send a sick call request.

**Signature Authority:** *Denhy / D. MARKGAF, FHA*    **Date:** *4-15-202*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    **\*Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

## Texas Department of Criminal Justice

# STEP 1

### OFFENDER GRIEVANCE FORM

| | OFFICE USE ONLY |
|---|---|
| | Grievance #: 2020128342 |
| | Date Received: MAY 2_ 20__ |
| | Date Due: 7-8-20 |
| | Grievance Code: 002 |
| | Investigator ID #: I2186 |
| | Extension Date: |
| | Date Retd to Offender: JUL 0 3 2020 |

Offender Name: Cory Ware      TDCJ # 1136497

Unit: BC     Housing Assignment: ~~HSF/B/84~~

Unit where incident occurred: BC     MSF/A/34

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. Brown     When? 5-27-20

What was their response? Ain't nothing wrong with your Finger, You Lying !

What action was taken? NONE; MY Finger Swollen up.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I was Assaulted by unknown officer when I came from Medical NSC, ~~the cleared the officer on camera because I am 3A~~ And the officer on camera because I am 3A did use the open handcuffs and was digging in my slot when I stuck my ~~hand on~~ the slot and I was scratched with the ragged end of the ~~first~~ handcuff the teeth part I complained on camera that I was hurt on my ~~a~~ index finger on my left hand and my finger did ~~swell~~ swell periodically with pain I still ~~no~~ have red marks ~~on~~ on my finger. I complained to Sgt. ~~Brown~~ Brown who was holding the camera & he turned off the camera and look at my finger and said, "Ain't nothing wrong with your finger you lying" I told him it hurts the other officer did use force on me also the ~~other~~ other officer & I think name is C/o Ramis, B who is in the camera ~~did~~ did have an ~~incident~~ incident with me before over the tray slot in HSF-101 cell where I was scratch and pictures was taken by Lt Gonzales, and Capt. Peterba, Sgt Anderson so this is the 2nd time with him. These officers ~~did~~ and Sgt. Brown acted violate PD-22 #(7) Substandard Duty Performance, (44) misuse of official Authority, (23) Mistreatment of offenders, See GRV # 2020103832 about the the incedent with C/o Ramis where the same thing ~~happend~~ happend - 4-9-20, I was a victom of

---

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

Violation of ACPM-E-343 Use of Force Procedure
No Supervisor was Present, and was not on Camera With
Restraints. Also, Violation of 28CFR 115.61 Staff and Agency Reporting Dut
Also, Violation of PD-22 undocumented Use of force ett(25)
Violation of BP.03.46 Use of Force Policy And Procedures.
Texas Penal Code Violations were done by Sgt. Brown Supervisor on
the Camera And the unknown officer with the hand cuff that was
used as an object that was not to hand cuff and offender was,
SEC.22.01-Assault, Sec. 39.02 Abuse of official capacity,
Sec.37.08 False Report if one was done, Sec.39.04.- With the Violation
of my civil Rights 8th Amendment denial of adequate Medical, Mental Deliber
Indiffe

**Action Requested to resolve your Complaint.** I ask that this matter be investigated, And
the camera footage be used as evidence for my step 2.

**Offender Signature:** _G.Wae_                              **Date:** 5-28-20

**Grievance Response:**

Your complaint has been investigated and findings reviewed. Unit investigation did not reveal sufficient
evidence to substantiate your claim of staff misconduct. In addition, this grievance and investigation
were forwarded to the Office of Inspector General, who after review advised that there was insufficient
evidence to open a case. No further action is warranted.

**Signature Authority:** **Floyd Keesee, Assistant Warden**          **Date:** JUL 0 2 2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

## Texas Department of Criminal Justice

### STEP 1

**OFFENDER GRIEVANCE FORM**

X-BAH 19

**OFFICE USE ONLY**

Grievance #: 2020006886

Date Received: 9-16-19

Date Due: 10-26-19

Grievance Code: 015

Investigator ID #: 12104.4

Extension Date: _____

Date Retd to Offender: OCT 28 2019

Offender Name: Ware, Cory   TDCJ # 1136497

Unit: Beto   Housing Assignment: 12F-15

Unit where incident occurred: Beto Unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mental Health Mr. Carr Mr Yeager   When? 9/13/19

What was their response? I was NOT SUPPOSED To be trans verted because computer said I wasn't cleared by Mental Health

What action was taken? /writing a grievance due to deliberate indifference from suicide attempts

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 9/13/19 Lt. Marshall came to my Cell between 9:00 A.M + 11:00 A.M. with a 5 man team + told me he was taking me off C.D.O due to be transferred back to TELFORD because "my transgender woman self is not running anything on Beto." Lt. Marshall displayed discrimination against myself because I am diagnosed with gender disparity and threatened me with Physical assault if I didn't submit to hand restraints somewhere between 8 & 9 O'clock, He also violated my 4th amendment right because because Dr. Davenport the oncall Psyche told RN King that I was to remain on crisis management until I spoke to mental Health or sent to Skyview. Due to Lt. Marshall toward my self inflicted wound by razor cuts I was unlawfully placed on the van through physical threats. I arrived at TELFORD I talked to Mr. Carr who say I was never assessed by mental Health and was unlawfully transportation the Computer he told me to write a grievance because that transport was against policy. in the process of me being placed on the van Lt. Marshall told me. "If I ever bring my transgender woman self back to beto on crisis management he will make sure my suicide is not a failed attempt. Lt. Marshall

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)



Appendix F

has displayed a violation, through discrimination through my 1st Constitutional write based on the fact through the computer I identify as a transgender.

**Action Requested to resolve your Complaint.**

This complaint cannot be resolved through a step 2 and placed in Lt Marshall's file and can be review in case of retaliation. and would like to file a step 2 on this matter

**Offender Signature:** Cofy Ware   **Date:** 9/16/19

**Grievance Response:**

Your allegations have been investigated. A unit investigation was conducted and it was determined that there was insufficient evidence to support your allegations towards Lt. Marshall at this time. No further action is warranted.

## T. Burson
## Assistant Warden

**Signature Authority:** _____   **Date:** 10/26/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**       ***Resubmit this form when the corrections are made.**

- [ ] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| 1st Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

Action Requested to resolve your Complaint. I Ask that A proper investigation be done And the right And correct punishment be made.

Offender Signature: _Ware_ Date: 4-29-22

Grievance Response:

Inmate Cory Ware # 1136497, the nurse states, "medical rounds" is announced in each section and cell as inmate well being is observed.

**N. Davis**
**Senior Practice Manager**

Signature Authority: _____ Date: 6/17/22

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority:_____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission         UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2ⁿᵈ Submission         UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3ʳᵈ Submission         UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

I-60

To: Medical Records #

NOTE: I need to Know You

NAME Print: _____

Cory WARE   4-13-20   Print: _____
1136497
HSE-101

11-9-19   Medical Records

By R.N. Roberts   I AM doing A LAW case IN Federal court 1983 documention About An injey to my Right thumb ON: 11-9-19

I need to Review that medical Paper work And thumb print for copies.

Medical Record S        3-6-2020        Please submit again with a 2 month time, we can only do 2 months at a time. S Chess

HSE-127        Cory WARE
               1136497
               HSE-127

Medical chart: Date 12-4-19/Present ALL / Also [ RECEIVED MAR 18 2018   12-2-2018 - About: ALL NOTES
                                              4-2017 to 2-2018         GENDER
Physic chart: DATE 12-4-19/Present ALL [ Also 9-2017 to 2-2018         DYSPHORIA
                                                                       DISORDER

Information About my physic paperwork I red paid For in November through About: ALL ENTRIES
medical records I thumb printed for it. And that Paper work GENDER
IS From 2009 need to see it again :: DYSPHORIA
INTRA CARE paperwork DISORDER

I-60        VS

Medical Records

I need to see my physic Entries for the last 2 month Review to buy.

Cory WARE 1136497
    HSE-101    4-13-20

Your SCR has been screened by Medical and has been determined not to be emergent or urgent. Due to pandemic COVID-19, to limit unit movement and enhance your safety, all non-emergent/non-urgent requests will be deferred.

Article 11.07 Writ Application Form

8

451 US 527

Property

RECEIVED APR 21 2020

Your SCR has been screened by Medical and has been determined not to be emergent or urgent. Due to pandemic COVID-19, to limit unit movement and enhance your safety, all non-emergent/non-urgent requests will be deferred.

Zalman
4/21/20

Medical Records    Coy Ware    HSE-101    HS
1136497
4-15-20

RECEIVED APR 16 REC'D

On 4-14-20 I had a NSC and I need a paperwork for that
NSC Also about the meds I was approved for need to thumb print

Your SCR has been screened by Medical
and has been determined not to be
emergent or urgent. Due to pandemic COVID-19,
to limit unit movement and enhance
your safety, all non-emergent/non-urgent
requests will be deferred.

E *An Emergency Grievance* *Hear Proofs*

## Texas Department of Criminal Justice

**STEP 1** **OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2022009630 |
| Date Received: | Nov 2, 2022 |
| Date Due: | June 4, 2022 |
| Grievance Code: | 000 |
| Investigator ID #: | 950 |
| Extension Date: | July 31, 2022 |
| Date Retd to Offender: | 08 JUL 2022 |

Offender Name: **Cory Ware**     TDCJ # **1136497**

Unit: **ML**     Housing Assignment: ~~12-P-4~~

Unit where incident occurred: **ML**    **B-3-1-11B**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **E. silverleaf**    When? **5-1-22**

What was their response? **You'll get your meds chill out!**

What action was taken? **I got my med From Ms. E. silverleaf.**

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

4-29-22 CMA merphey droped my pill cup with medication on the floor than she used Her foot and slid my med to c/o Fayome and had him to pick my meds up of the floor I said, "Why you putting your feet on my medication.

Now on 4-30-22 when CMA Ms merphey came to my cell I asked her that she crushed my meds when she put her foot on my pill cup that I got powder from my gendome capsole I'm not no Anmal she shoolcdnt be putting her foot on my medication I aint no anmal than she got upsot and slamed my liquid Valporic Acid on the floor and walked off without given my meds to me I Had to ask the c/o 2 hrs after could he hand me my med and why he let her throw my meds on the floor He said he didn't hear me say any thing out of line to her he don't know what her problem was.

on 5-1-22 pm med I was denied my meds by ms merphey CMA I did even know she came by she never came

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     **(OVER)**

I-127 Back (Revised 11-2010)

to my door And she is having my cell shook down for no reason by sgt Reyes. Tonight, # she wrote A bogus Ioc saying I thretn her And the S/o from 4-30-22 said he didn't hear me threaten her, I am Afraid of her because she is in A relationship with An sgt in 6P And she is causing me problems, I tol my mom.

**Action Requested to resolve your Complaint.** review CAMRA where she threw my meds on the floor 4-30-22. And Also 4-29-22 when she smashed my meds under her feet And kicked my med to c/o Foneaire, the African (Place In my File)

**Offender Signature:** _[signature]_    **Date:** 5-8-22

**Grievance Response:**

Inmate Cory Ware # 1136497, The nurse states your medication was accidentally dropped while trying to remove out of books. The officer was asked to pick up medication due to the nurse not feeling comfortable bending over. Once the medication was pick up by the officer, medication was given to you as ordered by the medical provider.

**Signature Authority:** _[signature]_    N. Davis    **Date:** 6/17/22
Senior Practice Manager

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:    *Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |

I-127 Back (Revised 11-2010)



# STEP 1

## OFFENDER
## GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2021100525

Date Received: 4-26-21

Date Due: 6-5-21

Grievance Code: 200

Investigator ID #: 8004 1978

Extension Date: _____

Date Retd to Offender: MAY 18 2021

Offender Name: CORY WARE      TDCJ # 1136497

Unit: ML      Housing Assignment: 12 F 13

Unit where incident occurred: ML

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? MOVING OFFICER JIMENEZ, ACTW      When? 4-14-21

What was their response? WE DON'T KNOW WHY YOU MOVING

What action was taken? RETALIATION FOR HAVING FILED CHARGES AGAINST TDCJ OFFICER

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I CORY WARE 1136497 HAVING BEEN DUTY AFFIRMED UNDER OATH 28 U.S.CA. § 1746 ABLE TO MAKE THIS AFFIDAVIT IN GOOD MENTAL HEALTH; DO SAY AND DEPOSE THE FOLLOWING: OFFENDER CITE AN PROTECTION OF THIS COMPLAINT C.R.I.P.A. CIVIL RIGHTS OF INSTITUTIONALIZED PERSON'S ACT AND 42 U.S.C § 1997 AND VIOLATION OF RULE A3. FOR NOTICE: ON 12-4-19 IN THE TDCJ SKYVIEW UNIT OFFENDER WAS ASSAULTED BY OFFICERS C/O R. TAYLOR AND LOALA. THE OFFICERS DID COME IN MY CELL WHILE I WAS ON CRISIS MANAGEMENT NUDE WITH ONLY A BLANKET AND WITH ME BEING DIAGNOSED GENDER DYSPHORIA A TRANS WOMAN I AM TO COVER MYSELF WHEN ENCOUNTERED STAFF I AM A RESTRICTIVE HOUSING INMATE LEVEL 3 AT THE TIME AND BY POLICY TO BE IN SECURITY RESTRAINTS WHEN EVER MY CELL IS OPENED. I DID ATTEMPT TO STOP THESE TWO OFFICERS FROM COMING IN MY CELL AN CUT MY FINGER IN THE PROCESS WHEN I SLAMED MY FINGER IN THE DOOR. OFFICERS TAYLOR C/O AND LOALA C/O DID ASSAULT ME AND I WAS NOT ABLE TO STOP THEM AND I WAS SEXUALLY ASSAULTED BY C/O TAYLOR WHEN I WAS RESTRAINED ON THE CELL FLOOR AND HE STUCK HIS FINGER IN MY RECTUM I FELT IT WHEN MY THERAPIST CAME TO SEE ME I SHOWED HER MY FINGER AND TOLD HER ABOUT THE SEXUAL ASSAULT. THIS MATTER WAS INVESTIGATED AND I DID ASK THAT CHARGES BE FILED WHICH HAVE BEEN FILE ON TAYLOR, R. FOR AGGRAVED SEXUAL ASSAULT

(1) THIS HAS BEEN SURFACERING ON MCCONNELL AND I FEEL I'M BEING RETALLIATED AGAINST FOR THE CHARGES THAT WERE FILED ON THE TDCJ GARD GUARD I WAS MOVED FOR AN UNKNOWN REASON,

---

I-127 Front (Revised 11-2010)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)

**Appendix F**

I HAVE DONE NOTHING TO THE STAFF AS THIS UNIT. SEEK WHY WAS I MOVED FROM 12 C-43 IM UNDER PSYCH CARE AND FROM THE SEXUAL ASSUALT I WAS DIAGNOSED POST-TRAUMATIC STRESS DISORDER I STILL FEEL NERVOUS ABOUT WHAT THE OFFICERS DID AND SCARED.

**Action Requested to resolve your Complaint.** COULD THIS MATTER BE LOOKED INTO AND PROPERLY PROPERLY DOCUMENT - INVESTATED

**Offender Signature:** _Gwe_                          **Date:** 4-28-12

**Grievance Response:**

You are currently housed in your current housing due to limited 1A beds. Classification department states you are appropriately housed. There is no further action warranted. There is no further action warranted by this office.

**Signature Authority:** _____         *Warden G. Miller*   **Date:** MAY 1 7 2021

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2ⁿᵈ Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3ʳᵈ Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

JUL 0 9 2020

**Texas Department of Criminal Justice**

# STEP 2 

**OFFENDER GRIEVANCE FO**

**OFFICE USE ONLY**

Grievance # 2020103832

UGI Recd Date: JUN 0 9 2020

HQ Recd Date: JUN 1 2 2020

Date Due: 7-19

Grievance Code: 003 I0352

Investigator ID#:

Extension Date:

Offender Name: Cory Ware    TDCJ # 11? 7

Unit: BC    Housing Assignment: HSE-

Unit where incident occurred: BC    -230

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

This was not an psychiatric treatment complaint, it was A complaint About c/o Burleson And Ramios, B c/o who Assualted me, And c/o Burleson who denied me my medical snack. these c/o did violate my 8th Amd. Right through deliberate, indifference with Lt. White, Capt. Miller, B, And Sgt. ~~Joe~~ ORR, by not doing a Use of Force report which is a violation of BP. 03.46 standard ▓▓▓▓▓▓▓▓▓ also BPD-22 #25 - Failure to Completely or Accurately report the use of Force or Commission of a use of Force; An Administrative or Procedural violation LEVEL 2 on Sgt. ORR, HEATH H., Lt. WHITE, Brandon J., Capt. Miller, Brittany S., c/o Burlson, And Ramios c/o. Capt. Pacheco, Daniel V., did do the proper paperwork with pictures, And Also First pictures taken were by Lt. Gonzales, DIANA L. THIS I-127 should not have been Forwarded to the FHA. THIS IS not A medical Issue. B PD-22 code violations By c/o Burlson - #7, #8, #14C, #21, PD-22 code violations By c/o Ramios - #24, #25 #7, #20, #5 PD-22 code violations By Sgt. ORR - #25, #7, #44, #5,

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

_____
_____
_____
_____

**Offender Signature:** _Ajhre_                                    **Date:** 5-29-20

**Grievance Response:**

A review of your Step 1 medical grievance was completed regarding an unnamed officer taking your key out of the food slot, scratched you, and slammed your hand. You reported telling the named security staff member you needed medical attention but was denied. Your actions requested was to be shipped away before you commit suicide and to review the camera.

An appellate review of the medical grievance and electronic health records (EHR) agrees with the Step 1 medical grievance response. The qualified mental health professional (QMHP) interviewed you on 4/9/2020 due to a security staff referral in response to your request of needing to speak with a unit mental health staff member. You reported being on a hypo caloric diet, not getting your snacks, and not receiving your medications. The QMHP documented you appeared to be adequately nourished, and you were not decompensated. You have a hyper caloric diet and allergies to peanuts according to your unit records. The QMHP interviewed you on 4/13/2020 due to a security staff referral in response to your grievance reporting suicidal attempt. You reported, ``I'm not suicidal or anything sir. I don't even remember writing that to grievance or anything.`` Security escorted you to medical on 4/15/2020 to have your hand checked. You reported having a scratch on your left hand, and nursing assessed you. Nursing documented you did not complain of left-hand pain, and there were no wounds found on the top of your left hand besides scarred tissue. The statement provided does not support your report of the named security staff member. Your request to review the camera is not part of the offender grievance process. Please submit I-60 to the unit warden regarding this request.

Please submit a SCR to the medical department if you believe your situation needs further evaluation. No further action is warranted at this time through the grievance process.

**Signature Authority:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    **Date:** 6.16.2020

**Returned because:**    *Resubmit this form when corrections are made.*

- ☐ 1. **Grievable time period has expired.**
- ☐ 2. **Illegible/Incomprehensible.***
- ☐ 3. **Originals not submitted. ***
- ☐ 4. **Inappropriate/Excessive attachments.***
- ☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**                **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**                **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**                **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                    **Appendix G**

# Texas Department of Criminal Justice
## Safe Prisons/PREA Program

**Offender Notification Brochure**

---

**Date: December 1, 2021**

**To:** WARE, CORY #01136497

**Subject:** OIG Criminal Case # 2100015364 / None

On 10/11/2021, you made an allegation of a SEXUAL ASSAULT, which prompted a criminal investigation. That allegation resulted in the opening of a criminal case by the Office of the Inspector General (OIG).

The alleged suspect is Unknown Employee.

According to information received from the OIG, you will be updated as the status changes.

If you need assistance understanding the information contained in this brochure, you may contact the Safe Prisons/PREA Manager on your unit.

Lorena McClintick,
Safe Prisons/PREA Program Manager

Cc: File

# Texas Department of Criminal Justice

(Please Process)

## STEP 1

## OFFENDER GRIEVANCE FORM

*Emergency GRIEVANCE*

B3-1-11B

**OFFICE USE ONLY**

Grievance #: 2022093621

Date Received: May 21 2022

Date Due: June 11, 2022

Grievance Code: 003

Investigator ID #: 1950

Extension Date: _____

Date Retd to Offender: JUN 21 2022

Offender Name: Cory Ware    TDCJ # 1736497

Unit: Mcconnel    Housing Assignment: 12E 36cell

Unit where incident occurred: Mcconnell 12 building

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. Reyes -2nd shift- When? 5-2-22/5-22

What was their response? I DON'T CARE

What action was taken? WRITING I-127 I got Knott on MY HEAD

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I WAS TAKEN OUT MY HOUSE FOR A SPONTANEOUS CELL SEARCH WHICH IS WHAT SGT. REYES SAID THEN WHEN I WAS ABOUT TO BE PLACED IN MY CELL I TOLD SGT REYES AND (4) FOUR UNKNOWN OFFICERS I WAS GOING TO CUT AND TRY AND KILL MYSELF THIS WAS (2ND) SECOND SHIFT INSTED OF SGT. REYES ACTING ON ME BEING SUCIDUEAL HIM AND THESE UN UNKNOWN OFFICERS FORCED ME IN MY CELL SO I TOLD HIM I'M ALREADY IN HANDCUFFS I'M GONE CUT WHEN YOU LEAVE SGT. REYES SAID "I DON'T CARE!" THEN HE CALLED AN ICS AND TOLD ME I'M GONE GAS YO ASS THEN YOU GO TO THE BOX! WHEN THESE OFFICERS AND SGT. REYES FORCED ME IN MY CELL I HIT MY HEAD ON THE METAL DOOR AND I HAVE A KNOTT ON MY HEAD AND DUE TO THIS UNREPORTED USE OF FORCE THE KNOTT ON MY HEAD IS CAUSING ME PAIN REAL BAD. THE KNOTT IS AN INJURY THAT IS NOT BEING REPORTED NO PICTURES I AM IN FEAR OF MY SAFTY AND LIFE I NEED TO BE MOVED TO ANOTHER UNIT BECAUSE THESE OFFICERS WILL BE BIAS TOWARDS ME CAUSE I'M WRITING THIS I-127. I DO STILL FEEL SUCIDAL I NEED HELP! I TALK TO C/O A. GARCIA HE TOLD ME AT THE 1:00AM COUNT THAT THE LT. IS GONE RIDE WITH SGT REYES I'M NOT GONE GET ANY HELP. HE DID TRY HE WAS IN THE PICKET HE SAW EVERYTHING

---

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

AMENDMENT OR RIGHT VIOLATIONS 4th, 8th, 14th
TEXAS PENAL CODE VIOLATIONS: 39.03, 39.04, 22.01, 7.02, 7.23, 7.22. THIS IS A CLAIM OF CONSPIRACY BASED ON CASES OF 550 US. AT 556, 524 F3d 770, 776, The WAY they cAME to my cell there was an agreement between the sgt Reyes And those (4) UNKNOWN OFFICERS ALSO CASE 57 F3d 680, 685, CASE Estelle 429 US At 106, Deliberat Indifference is displayed by those OFFICERS because of my serious medicA Needs the knot on my head And I'm wanting to kill my self. PD-22 CODE VIOLATIONS # 44, #23, #7, #8, #43, #5(A), #21

**Action Requested to resolve your Complaint.** PleAse Review CAMERA's to show the use of force not being Reported And plAce in my file, And Pictures be token of my INJury.

**Offender Signature:** _CW_ **Date:** 5-2-22

**Grievance Response:**

Inmate Cory Ware # 1136497, ON 5-2-22 you were seen in medical for a Use Of Force examination. You were interviewed by a Mental Health Clinician on 5-2-22 as well.

**N. Davis**
**Senior Practice Manager**

**Signature Authority:** _[signature]_ **Date:** 6/3/22

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER**
**GRIEVANCE FORM**

HSC 124

Offender Name: CORY WARE    TDCJ #: 1136497

Unit: BC    Housing Assignment: HSE-122

Unit where incident occurred: BC

OFFICE USE ONLY

Grievance #: 2020089180

Date Received: MAR 11 2020

Date Due: 4-20-20

Grievance Code: 014

Investigator ID #: I2186

Extension Date: _____

Date Retd to Offender: APR 01 2020

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? SCC Ass_____n TOVAR, J.  When? 3-10-2020

What was their response? We'll have Capt. To do A Page 2/OPI with you.

What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 3-11-20 I was changing out my sheets on this matriss that I got sent to my by Sgt. Anderson some where between 2-26-20 - 3-3-2020 when the matriss came to my cell it had A sheet on it and A hole in it. I didn't think nothing of it I just took the dirty sheet off and put A clean one on it. On 3-5-2020 I was changing out my dirty sheet on the matriss and I was poked by A sharp object in the mat so I stuck my hand in the hole and found A shank in this mat. I was so scared I call C/o White to my cell who was working my pod HSE-122 I told him I found this in my matriss I need to give this to the Lt. GURROLA, A. he left and came back saying "give it to me" so I did. now through the day it got out I gave the Lt. Gurrola A shank and I didn't look good cause now know my Life and safety is Endangered I am being called a snitch. On 3-6-20 I talk to Major VILLEGOS and I told him as he was making his rounds that I need to do an OPI he told me "I' #1 have one come brought to you. I never got one. On 3-8-2020 I went to visit to I told my mom about this he she talk to Lt. White he told me he would come talk to me I told him also I need to do A page 2. he also has not helped me. I am A transgender woman who has been having problems and get threatened and Hated against, threatened with physical harm more now that there is proof I gave A shank to the Laws. This situation of my 1st Amendment which is causing me mental and emotional pain due to the fact I am A Diagnosted Patient with

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

JUL 08 2020

Appendix F

A Mental Disorder PTSD which I fall under the 2008 XXCHC Standard P-6-02 PATIENTS WITH SPECIAL MENTAL NEEDS (Essential) AS A GENDER Dysphoria Patient and has the indicator TRGEN in the TDCJ MAINFRAME I DO NEED TO TALK TO PREA MY LIFE IS Endangred.

**Action Requested to resolve your Complaint.** I need to do OPI, TRANSFERd out Region, Placed on SAFE Keeping For my safety. And Be Free of Hazing By OFFICERS.

**Offender Signature:** _Gvee_ **Date:** 3-11-20

**Grievance Response:**

Your complaint has been investigated and findings reviewed. An Offender Protection Investigation was completed on 3-19-20 into your allegations of other offenders threatening you. Unit Classification Committee was held on 3-24-20 who advised that they were unable to substantiate your allegations. No further action is warranted.

Joe Tovar, Assistant Warden

**Signature Authority:** _____ **Date:** APR 0 1 2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Appendix F

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2020140917

Date Received: JUN 2 5 2020

Date Due: 7-10-20

Grievance Code: 930301

Investigator ID #: I 2186

Extension Date: _____

Date Retd to Offender: JUL 0 6 2020

Offender Name: Cory Ware     TDCJ # 1136497

Unit: BC     Housing Assignment: HSE-12H 12B-3

Unit where incident occurred: BC

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt Smith, B     When? 6-25-20

What was their response? Write A Grievance

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I talk to Sgt Smith, B About the phone calls, phone calls pro. being done but ECB is not doing phone calls I would like to the the 5 phone calls A week ECB is suppose to get.

---

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Ephesairs 1:11 -12

Appendix F

(STEP 1)

**Action Requested to resolve your Complaint.** Get MY CONIVD-19 phone

Call Like All population, call my mom so if she ok

**Offender Signature:** Cyree    **Date:** 6-25-20

**Grievance Response:**

Your complaint has been investigated and findings reviewed. Staff advised that no phone calls are being conducted at this time for Ad-seg offenders. In an attempt to minimize movement and adhere to proxemics of a safe distance, most offender movement has been ceased until further notice. No policy violations found. No further action is warranted.

**Signature Authority:** Floyd Keesee, Assistant Warden    **Date:** JUL 0 3 2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Appendix

# STEP 1

**OFFENDER GRIEVANCE FORM**

Texas Department of Criminal Justice

OFFICE USE ONLY

Grievance #: 2020102763

Date Received: APR 09 2020

Date Due: 5-19-20

Grievance Code: 015

Investigator ID #: 2186

Extension Date:

Date Retd to Offender: MAY 13 2020

Offender Name: Cary Ware   TDCJ # 1136497

Unit: BC   Housing Assignment: HS-E-101

Unit where incident occurred: BC   HS-E-124

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lt Garrlon, A   When? 4-7/4-8-2020

What was their response? I'll get to it when I can

What action was taken? I still have no blanket

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 4-7-20 I come from crisis manymost I talk to Lt Garolla in the hallway about me getting a blanket I didn't got nothing, I talk to him on 4-8-20 about the same issue a blanket. He told me I'll get to it when I can here it is 5:00pm and I've been in this cell 9 hrs with no blanket, sheets, toilt paper which I just got at supp 4-8-20 you can check the camera. I have also ask Sgt Jamarez he told me, why should I help your switching ass I told him because I read in the Heated Litigation Manual It is a violation of my 14th, 4th, 8th Amendmont rights through deleberet Indifference to not allow me to have a blanket trown in there. is A/C back here and these cell temptre is below 40° cold, It's so cold I have to put a jumper on backwords with other legs on my arms to stay warm. This is a violation of PD-22 Abuse of Athority, Mistreatmont of offender Also discramnatie neglast a protect class class because I am a trans gender woman

Also Texas Penal code, offical oppression - I have not slept in two days now cause it's cold, If you review the camera Due ask every TDCJ officer that has come to my door pheesee help me with a blanket, I ask c/o Jamarez two day but nothing

This is against the law and my rights are being violatalle the camera will show I was put in here with nothing, For a day but a mattriss I got from Jamarez. I also talk to

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

JUL 08 2020   Appendix F

It is 5:30 - 9:45 pm shift change And the same C/o that work 4-7-20 2nd shift came again 4-8-20 2nd shift And he just told me if I keep crying about shit I Ain't gone got nothing like last night And he walked off the pod I you look on 4-7-20 he ran to my door And kicked it pointing his large finger at me talk but he gone kick my Ass I need to set sit down And shut up. he didn't bring my high special snack till 12:00 Am when dinner was feed between 3:30pm - 4:30pm 4-7-20 I Am Afraide of him I need to be they transfered out this reign there ? Burn Footage for Evidence toMay

**Action Requested to resolve your Complaint.** I Ask that I be transfered cause I suit Am constantly being discrimation Against by "BC" officers staff

**Offender Signature:** Cyles       **Date:** 4-8-20

**Grievance Response:**

Your complaint has been investigated and findings reviewed. Staff denied your allegations of threatening to harm you. Unit investigation did not reveal evidence to substantiate your allegations of staff misconduct. No further action is warranted.

**Signature Authority:** _____ Floyd Weiser _____ **Date:** MAY 1 2 2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

1. Grievable time period has expired.
2. Submission in excess of 1 every 7 days. *
3. Originals not submitted. *
4. Inappropriate/Excessive attachments. *
5. No documented attempt at informal resolution. *
6. No requested relief is stated. *
7. Malicious use of vulgar, indecent, or physically threatening language. *
8. The issue presented is not grievable.
9. Redundant, Refer to grievance #_____
10. Illegible/incomprehensible. *
11. Inappropriate. *

GI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials: |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

HSE 124 B



**Texas Department of Criminal Justice**

# STEP 2

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

Offender Name: _Cory WARE_    TDCJ # _1136497_

Unit: _BC_    Housing Assignment: _HSE 124_

Unit where incident occurred: _BC_

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

THIS ACTUALLY HAPPENED THE C/OS, Sgt, Lt NOT GOING TO ADMIT TO THEIR WRONG. I ASK THAT THE CAMERA FOOTAGE BE BURNED TO A DVC/CD FOR EVIDENCE TO SHOW I AM NOT LYING. WHEN THE CAMERA FOOTAGE IS AGINST US OFFENDERS IT WORK. AGINST THE C/O ITS ALWAYS A PROBLUM. PLEASE CHECK FOOTAGE FROM THE TIME I WAS PUT IN HSE-101. IT WILL TELL THE STORY.

---

JUL 0 8 2020    Appendix G

_____
_____
_____
_____
_____

**Offender Signature:** _Cyh Jee_ _____ **Date:** 5-24-20 _____

**Grievance Response:**

THIS
NOT
G

**Signature Authority:** _____ **Date:** _____

**Returned because:** *Resubmit this form when corrections are made.

☒ 1. Grievable time period has expired.

☒ 2. Illegible/Incomprehensible.*

☒ 3. Originals not submitted. *

☒ 4. Inappropriate/Excessive attachments.*

☒ 5. Malicious use of vulgar, indecent, or physically threatening language.

☒ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

Initial Submission                  CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2ⁿᵈ Submission                     CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3ʳᵈ Submission                     CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                    **Appendix G**

**Offender Signature:** _Oj Wee_     **Date:** 7-14-20

**Grievance Response:**

**Signature Authority:** _____     **Date:** _____

**Returned because:**     ***Resubmit this form when corrections are made.***

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language. ***

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

| **OFFICE USE ONLY** |
| --- |
| **Initial Submission**          **CGO Initials:** _____ |
| Date UGI Rec'd:_____ |
| Date CGO Rec'd:_____ |
| (check one) ____Screened     ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender:_____ |
| **2ⁿᵈ Submission**          **CGO Initials:** _____ |
| Date UGI Rec'd: _____ |
| Date CGO Rec'd:_____ |
| (check one) ____Screened     ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |
| **3ʳᵈ Submission**          **CGO Initials:** _____ |
| Date UGI Rec'd: _____ |
| Date CGO Rec'd:_____ |
| (check one) ____Screened     ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |

**I-128 Back** (Revised 11-2010)                                                   **Appendix G**

Northern District
of Amarillo
905 S.E. 5th
Amarillo TX 791

RECEIVED

DEC - 4 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Cory Ware #1136497
2101 FM 369 North
Iowa Park TX 76367
James Alfred Unit